UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JAMES COLLINS,**

**Plaintiff,**

**- against -**

**ENVIRONMENTAL DEFENSE FUND,**

**Defendant.**

**26-cv-3367 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **August 3, 2026**. If service is not made by August 3, 2026, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 27, 2026**

**John G. Koeltl**
**United States District Judge**