UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES COLLINS,

Plaintiff(s)

26 civ 3367 (JGK)

-against-

ENVIRONMENTAL DEFENSE FUND,

Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, August 5, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 28, 2026