UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JAMES COLLINS,**

**Plaintiff,**

**- against -**

**ENVIRONMENTAL DEFENSE FUND,**

**Defendant.**

**26-cv-3367 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff filed the complaint on April 28, 2026. ECF No. 3. On July 27, 2026, the Court extended the time for the plaintiff to serve the defendant until August 3, 2026. ECF No. 5. On July 28, 2026, the plaintiff filed a waiver of service executed by the defendant in response to a request the plaintiff had sent on April 30, 2026. ECF No. 7. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the defendant was therefore required to answer or otherwise respond by June 29, 2026. To date, the defendant has failed to do so.

The time for the defendant to answer or respond to the complaint is extended until **August 14, 2026.** Failure to respond to the complaint by this date may result in the entry of a default and a default judgment against the defendant. The plaintiff is directed to serve this Order on the defendant by **August 7, 2026**, and to file proof of service on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 4, 2026**

John G. Koeltl
United States District Judge