**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JAMES COLLINS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ENVIRONMENTAL DEFENSE FUND,**<br><br>*Defendant*. | Case No. 1:26-cv-03367-JGK. |

**NOTICE OF SETTLEMENT**

The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and are in the process of completing the settlement agreement and all related settlement procedures.

Plaintiff expects to submit a Notice of Dismissal with prejudice within the next twenty-eight (28) days. In light of the anticipated settlement and dismissal, Plaintiff, with consent of Defendant, respectfully requests all currently pending deadlines in this action be adjourned.

Dated: August 5, 2026

Respectfully submitted,

/s/ *Carol A. Crossett*

Carol A. Crossett
Partner
Tully Rinckey PLLC
New York State Bar No4020038.
SDNY Bar No. CC2022
420 Lexington Ave., Ste 1601
New York, NY 10170
Ccrossett@tullylegal.com

Telephone: (646) 813-2966
*Counsel for Plaintiff, James Collins*

/s/ *Sean C. Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner,
Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
Stimmons@tullylegal.com
Telephone: (832) 240-3273
Cellphone: (281) 387-3411
Fax: (832) 241-5998
*Counsel for Plaintiff, James Collins*

/s/ *Camille R. Tealer*

Camille R. Tealer
Associate Attorney, pro hac vice
Tully Rinckey, PLLC
Texas Bar No.: 24150655
3420 Executive Center Drive, Suite 160
Austin, TX 78731
ctealer@tullylegal.com
Telephone: (512) 225-2806
Fax: (512) 225-2801
*Counsel for Plaintiff, James Collins*