**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JAMES COLLINS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ENVIRONMENTAL DEFENSE FUND**<br><br>*Defendant*. | **Case No**. 1:26-cv-03367-JGK. |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Collins, by and through his attorneys of record, hereby dismisses this action in its entirely, with prejudice. The parties shall each bear their own costs and attorneys' fees incurred in this matter.

Respectfully submitted,

/s/Carol A. Crossett

Carol A. Crossett
Partner
Tully Rinckey PLLC
New York State Bar No. 4020038
SDNY Bar No. CC2022
420 Lexington Ave., Ste 1601
New York, NY 10170
Ccrossett@tullylegal.com
Telephone: (646) 813-2966
*Counsel for Plaintiff, James Collins*